IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAKE BOJE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCYHURST UNIVERSITY, a Pennsylvania Non-Profit Corporation,<br><br>Defendant. | Case No. 1:23-cv-00046-SPB<br><br>Judge Susan Paradise Baxter |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Blake Boje hereby gives notice that his claims in this action against Defendant Mercyhurst University, are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 5, 2024

Respectfully submitted,

By: */s/ Raina C. Borrelli*
Raina Borelli (*Pro Hac Vice*)
Samuel J. Strauss (*Pro Hac Vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Telephone: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Matthew R. Wilson
Michael J. Boyle, Jr.
MEYER WILSON CO., LPA
305 W. Nationwide Blvd.
Columbus, OH 43215
Telephone: (614) 224-6000
mwilson@meyerwilson.com

1

mboyle@meyerwilson.com

Patrick Howard
SALTZ MONGELUZZI BARRETT &
BENDESKY
1650 Market St., 52nd Floor
One Liberty Place
Philadelphia, PA 19103
Telephone: (215) 575-3895
phoward@smbb.com

*Attorneys for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on December 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 5th day of December, 2024.    STRAUSS BORRELLI PLLC

*/s/ Raina C. Borrelli*
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com